UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHALIK WATSON,

                Petitioner,

       -against-

MARK MILLER,

                Respondent.

23-CV-8356 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner brings this action *pro se*. Petitioner submitted the petition without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

      Petitioner is directed to resubmit the signature page of the petition with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

      No answer shall be required at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 21, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**WHEREFORE**, Petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED ON September 12, 2023**

Shalik Watson
Petitioner, Pro Se
DIN# 14-A-5144
Green Haven Corr. Fac.
P.O. Box 4000
Stormville, N.Y. 12582

**I DECLARE UNDER PENALTY OF PERJURY THAT I, SHALIK WATSON, DELIVERED THIS PETITION TO PRISON AUTHORITIES TO BE MAILED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.**

Shalik Watson
Petitioner, Pro Se

8