**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SHALIK WATSON,** | : | |
| **Plaintiff,** | : | **1:23-cv-8356 (ALC)** |
| **-against-** | : | **ORDER** |
| **MARK MILLER, Superintendent of the Green Haven Correctional Facility.,** | : | |
| **Defendants.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter motion to lift the stay and for leave to file a supplemental brief. ECF No. 13. Respondent is hereby ordered to respond to the letter motion by October 28, 2026.

**SO ORDERED.**

**Dated:** October 21, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**