UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHALIK WATSON,

Petitioner,

-against-

MARK MILLER, Superintendent of the Green Haven Correctional Facility.,

Respondent.

---

1:23-cv-8356 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's letter motion to lift the stay and for leave to file a supplemental brief. ECF No. 13. Respondent has joined Petitioner's request. ECF No. 15.

Petitioner's motion is **GRANTED**. Petitioner is granted leave to file a supplemental Complaint. Petitioner's Supplemental Petition will be due within 60 days of service of this Order. Respondent's Response is due 60 days after the filing of Petitioner's Supplemental Petition. Petitioner's Reply, if any, will be due 30 days after service of Respondent's response.

**SO ORDERED.**

**Dated:** October 23, 2026
**New York, New York**



ANDREW L. CARTER, JR.
United States District Judge